UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | | |
|---|---|---|
| DEREK SWORD, | ) | CIVIL ACTION NO. |
| Plaintiff | ) | 3:14-CV-1681-WWE |
| | ) | |
| v. | ) | |
| | ) | |
| THE BARBERINO BROTHERS, INC. | ) | |
| Defendant | ) | |
| _____ | ) | JUNE 2, 2015 |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Derek Sword,

through his attorney, and the defendant, The Barberino Brothers, Inc., through their

attorneys, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice

and without costs or attorney's fees.

PLAINTIFF, DEREK SWORD

By: /s/ Daniel S. Blinn_____
    Daniel S. Blinn (ct02188)
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408
    Fax (860) 571-7457

DEFENDANT, THE BARBERINO BROTHERS, INC.

By: /s/ Nicole C. Chomiak
      Nicole C. Chomiak (ct18547)
      nchomiak@nuzzo-roberts.com
      Stacey L. Pitcher (ct27111)
      spitcher@nuzzo-roberts.com
      Nuzzo & Roberts, LLC
      One Town Center
      P.O. Box 747
      Cheshire, CT 06410
      Tel:  (203) 250-2000
      Fax: (203) 250-3131

<u>CERTIFICATION</u>

     I hereby certify that on this 2nd day of June, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

     /s/ *Daniel S. Blinn*
     Daniel S. Blinn